UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY GAYLE,

    Plaintiff,

v.                            CASE NO. 8:06-CV-1159-T-24TGW

PASCO COUNTY SHERIFF'S
OFFICE, et. al.,

    Defendants.
_____/

### ORDER

THIS CAUSE came on for consideration upon the Department of Children and Families' Second Amended Motion for Protective Order and Memorandum of Law (Doc. 49).

The Department of Children and Families ("DCF") seeks protection for three subpoenas duces tecum requesting records concerning various benefits for three individuals: Kevin Leroy Griffin, Kimberly Byrd and Barbara Crump (id.). DCF indicates in its Local Rule 3.01(g) certification that it has agreed to provide the requested records to the defendant if defense counsel is able to acquire the appropriate releases from these individuals. The defendant has failed to respond to the motion. It is therefore assumed, in light of Local Rule 3.01(b), that the

defendant has no objection to the requested relief.* Accordingly, the motion will be granted on the basis that the defendant is unable to obtain the appropriate signed releases from the three individuals. However, if the defendant is able to obtain such releases, DCF will have to provide the requested information contained in the subpoenas duces tecum.

It is, therefore, upon consideration

ORDERED:

That the Department of Children and Families' Second Amended Motion for Protective Order and Memorandum of Law (Doc. 49) be, and the same is hereby, **GRANTED** to the extent that DCF is protected from providing the information requested in the subpoenas duces tecum regarding Kevin Leroy Griffin, Kimberly Byrd and Barbara Crump. However, if the defendant is able to obtain the appropriate releases from these individuals, then DCF shall provide the information requested in the subpoenas duces tecum to the defendant.

DONE and ORDERED at Tampa, Florida, this ___ day of June, 2007.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

---

*Local Rule 3.01(b) requires that "[e]ach party opposing a motion or application shall file within ten (10) days after service of the motion or application a response that includes a memorandum of legal authority in opposition to the request..."